**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-2051**

REGINALD EVANS,

             Plaintiff - Appellant,

     v.

SUMTER COUNTY ELECTION COMMISSION,

             Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Joseph F. Anderson, Jr., Senior District Judge.  (3:23-cv-03918-JFA)

Submitted:  July 25, 2024                          Decided:  July 29, 2024

Before GREGORY, HARRIS, and QUATTLEBAUM, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Reginald Evans, Appellant Pro Se.  Danny Calvert Crowe, CROWE LAFAVE LLC, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Reginald Evans appeals the district court's order accepting the recommendation of the magistrate judge and remanding this case to state court. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Evans v. Sumter Cnty. Election Comm'n*, No. 3:23-cv-03918-JFA (D.S.C. Oct. 2, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*